IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DORIAN C. LEBEAU; STEPHANIE
C. GILES; and RESTORATION I,
INC.,

    Plaintiffs,
vs.                                                CASE NO. 5:09cv397/RS-EMT

BIG BEND COMMUNITY BASED CARE,
INC. and LIFE MANAGEMENT OF
NORTHWEST FLORIDA, INC.,

    Defendants.
_____/

## ORDER

Before me are Defendant Life Management Center Of Northwest Florida, Inc.'s Motion To Dismiss Dorian C. Lebeau And Stephanie C. Giles As Plaintiffs And Motion To Strike Plaintiffs' Claim For Attorney's Fees (Doc. 23) and Defendant Big Bend Community Based Care, Inc.'s Motion To Dismiss (Doc. 24). Plaintiffs do not oppose the dismissal of the individual claims of Plaintiffs Dorian C. Lebeau and Stephanie C. Giles in Counts I, II and III of the Amended Complaint and the striking of the claim for attorney's fees in Count III.

**IT IS ORDERED:**

    1.    The individual claims of Plaintiffs Dorian C. Lebeau and Stephanie C. Giles in Counts I, II and III of the Amended Complaint are dismissed with prejudice.

2. Plaintiffs Dorian C. Lebeau and Stephanie C. Giles are dropped as parties from this case.

3. Plaintiff Restoration I, Inc.'s claim for attorney's fees in Count III is stricken.

**ORDERED** on March 25, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**